People v Shrubsall (2023 NY Slip Op 04909)

People v Shrubsall

2023 NY Slip Op 04909

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023

PRESENT: SMITH, J.P., CURRAN, BANNISTER, AND OGDEN, JJ. (Filed Sept. 29, 2023.)

MOTION NO. (402/23) KA 20-01124.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
WILLIAM C. SHRUBSALL, ALSO KNOWN AS ETHAN MACLEOD, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for reargument denied.